Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern _____ District of New York

```
┌─────────────────────────────┐
│  U.S. DISTRICT COURT        │
│      FILED                  │
│   AUG 2 1 2013              │
│            D.S.             │
│   S.D. OF N.Y.              │
└─────────────────────────────┘
```

Caption:

United States of America

v.

Ghavami, et al.

Docket No.: S1 10-CR-1217

Hon. Kimba M. Wood

(District Court Judge)

Notice is hereby given that Gary Heinz _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ✓ , other | _____

(specify)

entered in this action on August 8, 2013 _____

(date)

This appeal concerns: Conviction only | ✓ | Sentence only | | Conviction & Sentence | Other |

Defendant found guilty by plea | | trial | ✓ | N/A |

Offense occurred after November 1, 1987? Yes | ✓ | No [ N/A [

Date of sentence: July 24, 2013 _____ N/A | |

Bail/Jail Disposition: Committed | ✓ | Not committed | | N/A [

Voluntary surrender on October 23, 2013.

Appellant is represented by counsel? Yes ✓ | No | If yes, provide the following information:

Defendant's Counsel: Marc L. Mukasey, Esq., Jonathan N. Halpern, Esq., Philip J. Bezanson, Esq.

Counsel's Address: Bracewell & Giuliani LLP

1251 Avenue of the Americas, New York, NY 10020

Counsel's Phone: (212) 508-6100

Assistant U.S. Attorney: Kalina M. Tulley

AUSA's Address: United States Department of Justice, Antitrust Division

209 S Lasalle Street, Suite 600, Chicago, IL 60604

AUSA's Phone: (312) 353-3615

_____

Signature